# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEOFFREY BELLAND,** and
**KARL EWALD,**

      **Plaintiffs,**

v.                                                  Case No:   6:14-cv-842-Orl-22TBS

**CHINCHOR ELECTRIC, INC.** and
**TIMOTHY I. CHINCHOR,**

      **Defendants.**

## ORDER

This cause is before the Court on the Amended Joint Motion for Approval of Settlement (Doc. No. 31) filed on January 14, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. No. 34), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 21, 2015 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement is hereby GRANTED.

3. Section IV.C of each Settlement Agreement (Doc. Nos. 31-1 and 31-2) is hereby STRICKEN, and the remaining provisions are hereby APPROVED.

4. This case is DISMISSED WITH PREJUDICE.

5.   The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record